IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| FERA PHARMACEUTICALS, LLC, ) | Removed from the Circuit Court |
| ) | of Cook County, Illinois |
| Defendant. ) | 10 CH 3622 |

## NOTICE OF REMOVAL

Defendant, Fera Pharmaceuticals, LLC, by its attorneys, Ice Miller LLP, for its Notice of Removal states as follows:

1. On January 27, 2010, Plaintiff filed an action in the Circuit Court of Cook County, Illinois, captioned *Glen Ellyn Pharmacy, Inc. v. Fera Pharmaceuticals, LLC*, No. 10 CH 03622 (the "State Court Action").

2. The complaint in the State Court Action contains three counts. Count I purports to allege a claim against Fera Pharmaceuticals under the federal Telephone Consumer Protection Act, 47 U.S.C. §227. Count II purports to allege a state law claim for violation of the Illinois Consumer Fraud Act, 815 ILCS 505/2 (2009) ("ICFA"). Count III purports to allege a state law claim for conversion. Plaintiff seeks to maintain each of these claims as a class action.

3. Plaintiff served Fera Pharmaceuticals with the summons and the complaint from the State Court Action on February 8, 2010. A copy of the complaint in the State Court Action is attached hereto as Exhibit 1, pursuant to 28 U.S.C. §1446(a). No other process, pleadings or orders have been served on Fera Pharmaceuticals in the State Court Action. Accordingly, this

Notice of Removal is timely under 28 U.S.C. §1446(b), as it is filed within thirty days after Fera Pharmaceuticals was served with a copy of the Initial Pleading setting forth the claim for Relief upon which this action is based.

4. Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §1441(a). This Court has original federal question subject matter jurisdiction over the claim brought in the State Court Action under 28 U.S.C. §1331 because it asserts a claim under the TCPA, which is a law of the United States. It is well recognized in this Circuit that federal courts have federal question jurisdiction over TCPA claims. *Brill v. Countrywide Home Loans, Inc.,* 427 F.3d 446, 451 (7th Cir. 2005).

5. The Court also has supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) over the two state law claims (Counts II and III), as these claims are so related to the federal TCPA claim (Count I) as to form part of the same case or controversy. Further the state law claims (Counts II and III) do not raise complex questions of Illinois law which predominate over the federal TCPA claim (Count I).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b) in that it was filed within thirty days after service of the summons and complaint on Fera Pharmaceuticals on February 8, 2010.

7. Fera Pharmaceuticals will give prompt written notice of the filing of this Notice of Removal to counsel for Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of Cook County, as provided by 28 U.S.C. §1446(d).

WHEREFORE, Fera Pharmaceuticals requests that the State Court Action be removed to this Court, and that this Court issue any order or process as may be necessary to bring it before it all parties to the State Court Action, pursuant to 28 U.S.C. §1447(a).

    Respectfully submitted,

    FERA PHARMACEUTICALS, LLC

    By: /s/ Bart T. Murphy
        One of its Attorneys

Bart T. Murphy (ARDC No.: 6181178)
Thomas J. Hayes (ARDC No.: 6280179)
Ice Miller LLP
2300 Cabot Dr., Suite 455
Lisle Illinois 60532
630-955-6392

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2010, I presented the foregoing **NOTICE OF REMOVAL** to the Clerk of the Court for filing and uploading to the CM/ECF system, as required by Federal Rule of Civil Procedure 5(a). I further certify that I mailed the foregoing document by First Class Mail to the following:

      Daniel A. Edelman
      Julie A. Clark
      EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
      120 S. LaSalle St., 18th Floor
      Chicago, IL 60603

                                      /s/ Bart T. Murphy
                                Bart T. Murphy (ARDC No.: 6181178)
                                Ice Miller LLP
                                2300 Cabot Dr., Suite 455
                                Lisle Illinois 60532
                                630.955.0555
                                Bart.Murphy@icemiller.com

C/91026.1