## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1598 | **DATE** | 4/6/2010 |
| **CASE TITLE** | Glen Ellyn Pharmacy, Inc. Vs. FERA Pharmaceuticals, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation, this case is dismissed with prejudice and without costs. The claims of the putative class are dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|